RECEIVED & FILED

'07 MAR 14 A11:05

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

In re:  )
           )  BK-S 95-22287 BAM
WOMEN'S HEALTH CARE, INC.  )
           )  Chapter 7
           )
           )  Hearing Date: N/A
           Debtor  )  Hearing Time: N/A

**DEFICIENCY NOTICE ON MOTION TO PAY UNCLAIMED DIVIDENDS**

The request for payment of unclaimed dividends that was submitted by <u>Asset Recovery Trust</u> has been found deficient. The documents were received and filed by the U.S. Bankruptcy Court Clerk's Office. If the following deficiencies are remedied, an order will be forwarded to the judge.

| | |
|---|---|
| ___ | $26.00 File search fee. |
| ___ | Motion to Payment of Unclaimed Dividends. |
| ___ | Limited power of attorney or assignment. |
| ___ | Affidavit for reimbursement. **(Please Amend to include Tax ID number)** |
| ___ | Affidavit of service to the U.S. Attorney |
| ___ | Fee agreement required by local rule 3011(a)(1)(B) |
| _X_ | Supporting documentation required (see comments) |
| ___ | Fees have been paid out previously on schedule #_____ |
| ___ | Other _____ |

Comments: <u>Need proof that Nancy Ririe Cunningham is entitled to money paid to James A Ririe CHTD, 515 South Third St, Las Vegas, NV 89101. According to the claim the refund is for services rendered to James A Ririe, CHTD.</u>

Unless otherwise noted, the original documentation has been filed and docketed. **Your request cannot be processed until this documentation is filed with the court.**

If you have any questions, contact Kathy Moore at (702)388-6709 extension 1128, or internet email: kathy_moore@nvb.uscourts.gov.

Date:  03/14/2007

*Kathy A. Moore*
Kathy A Moore
Financial Specialist

*********************************************************************

**CERTIFICATE OF MAILING**

I certify that a copy of this notice was mailed to the submitting parties listed above, on <u>March 14, 2007</u> by <u>kam</u>

Updated 7/06