RECEIVED & FILED

'07 APR 10 P4:09

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

In re: )
) BK-S 95-22287 BAM
WOMEN'S HEALTH CARE, INC. ) Chapter __7__
)
) Hearing Date: N/A
Debtor ) Hearing Time: N/A

**SECOND DEFICIENCY NOTICE ON MOTION TO PAY UNCLAIMED DIVIDENDS**

The request for payment of unclaimed dividends that was submitted by Asset Recovery Trust has been found deficient. The documents were received and filed by the U.S. Bankruptcy Court Clerk's Office.

If the following deficiencies are remedied, an order will be forwarded to the judge.

```
___   $26.00 File search fee.
___   Motion to Payment of Unclaimed Dividends.
___   Limited power of attorney or assignment.
___   Affidavit for reimbursement.
___   Affidavit of service to the U.S. Attorney
___   Fee agreement required by local rule 3011(a)(1)(B)
___   Supporting documentation required (see comments)
___   Fees have been paid out previously on schedule #_____
 X    Other  Please see attached letter _____
```

Comments: _____

Unless otherwise noted, the original documentation has been filed and docketed. **Your request cannot be processed until this documentation is filed with the court.**

If you have any questions, contact Kathy Moore at (702)388-6709 extension 1128, or internet email: kathy_moore@nvb.uscourts.gov.

Date:   April 10, 2007

Kathy A Moore
Financial Specialist

*********************************************************************************

**CERTIFICATE OF MAILING**

I certify that a copy of this notice was mailed to the submitting parties listed above, on 4/10/07 by kam.

Updated 7/06

# United States Bankruptcy Court

**DISTRICT OF NEVADA**

OFFICE OF THE CLERK

PATRICIA GRAY
CLERK

REPLY TO:

( )  300 LAS VEGAS BLVD. SOUTH
4TH FL
LAS VEGAS, NV 89101
(702) 388-6639

( )  300 BOOTH STREET
RENO, NV 89509
(775) 784-3400

April 10, 2007

Nancy Ririe Cunningham
885 N Horsemans Park Drive
Dammeron Valley, Utah 84783

RE: Unclaimed Funds case #95-22287 BAM

Dear Ms. Cunningham

I am in response to the letter we received from you on April 9, 2007. I forwarded your letter along with the rest of the supporting documentation to Judge Markell, requesting that he determine if all of the information received was sufficient.

In order to proceed, we will need evidence of the following: (1) What the "chtd" entity was, and why you are the proper successor to it; and (2) Who is Kurth? And, are you the proper successor to the partnership of Ririe & Kurth?

Thank you for your attention to the above matter.

Sincerely,

Kathy A. Moore

Kathy A Moore
Financial Specialist
United States Bankruptcy Court

cc: Al Melone, Asset Recovery Trust